# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00121-CV

**Evans P. Weaver, Appellant**

**v.**

**James Korenek and Kelli Korenek, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 201ST JUDICIAL DISTRICT
### NO. D-1-GN-04-000697, HONORABLE SUZANNE COVINGTON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

On February 27, 2007, Evans P. Weaver filed a notice of appeal from a June 15, 2004 order granting final summary judgment for James and Kelli Korenek on their claims alleging breach of a settlement agreement by Weaver and Weaver Companies, L.L.C. As it appears to the Court that Weaver filed for bankruptcy during the pendency of the underlying proceedings, and they remain subject to the automatic stay, *see* 11 U.S.C.A. § 362(a) (2004), this appeal is abated until further order of the court. *See* Tex. R. App. P. 8.2, 8.3.

Bob Pemberton, Justice

Before Justices Patterson, Pemberton and Waldrop

Bankruptcy

Filed:   September 19, 2007